# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| CASSIE RIEDER, as Administrator and Personal Representative of the Estate of Decedent, Michael Frederick Huber, ) ) ) ) *Plaintiff*, ) ) v. ) ) HAMILTON COUNTY, TENNESSEE and UNKNOWN NUMBERS OF JOHN DOES, in their individual capacities and their official capacities as agents of Hamilton County, Tennessee, ) ) ) ) ) ) ) *Defendants*. ) | Case No. 1:20-cv-206<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, this action is **DISMISSED**. The Clerk is **DIRECTED** to close the civil case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT